MELVIN M. MAHONEY v. JUNE LEE MAHONEY.

May 3, 1982.

Petition for certification granted.   (See 182 *N.J. Super.* 598)

H. ROSENBLUM, INC. v. JACK F. ADLER.

May 3, 1982.

Leave to appeal is granted.   (See 183 *N.J. Super.* 417)

STATE OF NEW JERSEY IN THE INTEREST OF M. W.

May 4, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF D. B.

May 4, 1982.

Petition for certification denied.